152 A.3d 757

**DEMOCRACY CAPITAL CORP.**

v.

**MONUMENT BANK**

**Pet. Docket No. 460, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 908, Sept. Term, 2015)

Petition for writ of certiorari denied

■

152 A.3d 757

**ENOW**

v.

**ARMSTRONG & CHERIS, CHTD.**

**Pet. Docket No. 330, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

(No. 404049V, Circuit Court for Montgomery County.)

Petition for writ of certiorari denied